UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ROSALIE CROWE,

                            **Plaintiff,**

                 v.                                     3:09-CV-928
                                                       (FJS/DRH)

MICHAEL ASTRUE, Commissioner of
Social Security,

                            **Defendant.**
_____

**APPEARANCES**                                     **OF COUNSEL**

**LACHMAN & GORTON**                 **PETER A. GORTON, ESQ.**
1500 East Main Street
P.O. Box 89
Endicott, New York 13761-0089
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**   **KAREN T. CALLAHAN, ESQ.**
**OFFICE OF REGIONAL GENERAL**
**COUNSEL, REGION II**
26 Federal Plaza - Room 3904
New York, New York 10278
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

      On August 13, 2009, Plaintiff commenced this action seeking judicial review of Defendant's final decision denying benefits pursuant to 42 U.S.C. § 405(g). *See* Dkt. No. 1. Defendant submitted his answer on January 4, 2010. *See* Dkt. No. 11. Plaintiff filed a brief in support of her complaint on February 9, 2010, *see* Dkt. No. 14; and Defendant filed his brief in opposition on April 28, 2010, *see* Dkt. No. 17. Plaintiff filed a reply brief in further support of

her complaint on May 4, 2010. *See* Dkt. No. 20. On August 2, 2011, Magistrate Judge Homer issued a Report-Recommendation and Order, in which he recommended that this Court affirm Defendant's decision denying benefits. *See* Dkt. No. 21 at 36. Neither party filed any objections to this Report-Recommendation and Order.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting that review, "the Court may 'accept, reject, or modify, in whole or in part, the recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Homer's August 2, 2011 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Homer's August 2, 2011 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings is **DENIED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings is **GRANTED**; and the Court further

      **ORDERS** that Defendant's final decision denying benefits is **AFFIRMED**; and the Court further

      **ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case.

**IT IS SO ORDERED.**

Dated: September 12, 2011
       Syracuse, New York

                                                                 _____
                                                                 Frederick J. Scullin, Jr.
                                                                 Senior United States District Court Judge