# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ROSALIE CROWE**

    vs.                          **CASE NUMBER: 3:09-CV-928 (FJS/DRH)**

**MICHAEL J. ASTRUE, Commissioner of Social Security**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge David R. Homer is ACCEPTED in its entirety, Plaintiff's motion for judgment on the pleadings is DENIED, Defendant's motion for judgment on the pleadings is GRANTED. The Commissioner's final decision denying benefits is AFFIRMED. Judgment is entered in favor of the Commissioner of Social Security.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 12th day of September, 2011.

DATED: September 12, 2011

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk